UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SABAL TRAIL TRANSMISSION, LLC,**

    Plaintiff,

v.                                            Case No: 5:16-cv-147-Oc-CEMPRL

**13.386 ACRES OF LAND IN LAKE COUNTY FLORIDA, REX M. SMITH, KELLIE LAINE SMITH NOLES, SOUTHWEST FLORIDA WATER MANAGEMENT DISTRICT and UNKNOWN OWNERS, IF ANY**

    **Defendants.**

## ORDER

Before the Court is Defendants Rex M. Smith and Kellie Lane Smith Noles's motion to withdraw funds from the court registry (Doc. 41) pursuant to Federal Rule of Civil Procedure 67(b). Defendants represent that this motion is unopposed. Upon due consideration, the unopposed motion (Doc. 41) is **GRANTED**.

The Clerk shall disburse the principal amount deposited into the Court registry in the amount of $93,000.00 along with any accrued interest to the Brigham Property Rights Law Firm, PLLC Trust Account. The check shall be made payable to Brigham Property Rights Law Firm, PLLC Trust Account, 2963 Dupont Avenue, Suite 3, Jacksonville, Florida 32217-2740.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on August 19, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties