# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**SABAL TRAIL TRANSMISSION, LLC,**

    **Plaintiff,**

v.                                                                                 Case No: 5:16-cv-147-Oc-CEMPRL

**13.386 ACRES OF LAND IN LAKE COUNTY FLORIDA, REX M. SMITH, KELLIE LAINE SMITH NOLES, SOUTHWEST FLORIDA WATER MANAGEMENT DISTRICT and UNKNOWN OWNERS, IF ANY**

    **Defendants.**

## ORDER

Before the Court is the joint motion of Plaintiff and Defendants Rex M. Smith and Kellie Laine Smith Noles for a ten-day extension of time in which to exchange expert and rebuttal reports and a ten-day extension of the discovery deadline. (Doc. 58). The current deadline for the reports is April 4, 2017 and the current discovery deadline is May 3, 2017. (Doc. 52). Upon due consideration, the motion (Doc. 58) is **GRANTED**. Defendants' expert reports and any rebuttal reports are due by **April 14, 2017** and the discovery deadline is now **May 15, 2017**. No other deadlines are affected by this order.

**DONE** and **ORDERED** in Ocala, Florida on April 6, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties